FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Jul 01, 2025

SEAN F. McAVOY, CLERK

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| CARMAN BABINGTON, an individual,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>ALLSTATE VEHICLE AND PROPERTY INSURANCE COMPANY, an Illinois Corporation, doing business in the State of Washington; and WILLIAM JOHNSON, a Washington State resident, individually,<br><br>　　　　Defendants. | No. 2:25-CV-00005-SAB<br><br>**ORDER DISMISSING DEFENDANT WILLIAM JOHNSON WITHOUT PREJUDICE** |

　　　　Before the Court is the parties' Stipulation and Order of Dismissal of Claims Against Defendant William Johnson Without Prejudice, ECF No. 15. Plaintiff is represented by Ryan Best. Defendants are represented by Bryan Case, Sarah Macklin, and Roberto White.

　　　　Pursuant to Fed. R. Civ. P. 41(a) and LCivR 41(a)(1)(B), the parties request the Court dismiss Defendant William Johnson, without prejudice and without costs or fees to any party. The Court grants the request.

　　　　Accordingly, **IT IS ORDERED:**

　　　　1.　The parties' Stipulation and Order of Dismissal of Claims Against Defendant William Johnson Without Prejudice, ECF No. 15, is **GRANTED**.

**ORDER DISMISSING DEFENDANT WILLIAM JOHNSON WITHOUT PREJUDICE** ~ 1

1  2.  Defendant William Johnson is **DISMISSED without prejudice** from this matter. There shall be no costs or fees to any party.

3.  The District Court Clerk shall update the docket accordingly.

**IT IS SO ORDERED**. The District Court Clerk is hereby directed to enter this Order and to provide copies to counsel.

**DATED** this 1st day of July 2025.



Stan Bastian
Chief United States District Judge

**ORDER DISMISSING DEFENDANT WILLIAM JOHNSON WITHOUT PREJUDICE** ~ 2